UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAREN HEATHERLY, et al.,

    Plaintiffs,

v.

AMBROSIA BAKERY, INC., et al.,

    Defendants.

Case No. 12-cv-04952-VC

**ORDER TO SHOW CAUSE**

Counsel for the plaintiffs is ordered to appear on **Thursday, June 5, 2014 at 1:30 p.m.** in Courtroom 4 to demonstrate why the case should not be dismissed for failure to prosecute. In addition, the plaintiffs must file a brief by **noon on June 3, 2014**, not to exceed three pages, explaining why the case should not be dismissed for failure to prosecute.

Counsel for the defendants may appear at the June 5th hearing telephonically. Counsel for the plaintiffs must appear in person. In addition to discussing whether the case should be dismissed for failure to prosecute, both sides should be prepared on June 5th to discuss whether the Court should rescind its order lifting the discovery stay for the purpose of deposing an official from the City and County of San Francisco.

**IT IS SO ORDERED.**

Dated: May 23, 2014

_____
VINCE CHHABRIA
United States District Judge