UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAREN HEATHERLY, et al.,

    Plaintiffs,

v.

AMBROSIA BAKERY, INC., et al.,

    Defendants.

Case No. 12-cv-04952-VC

**ORDER VACATING LIMITED SUSPENSION OF STAY AND SETTING SCHEDULE**

For the reasons stated at the hearing on June 5, 2014, the order granting the stipulated request for a limited suspension of General Order No. 56 (Docket No. 19) is vacated. The last day to file motions for summary judgment or summary adjudication on the question whether the Americans with Disabilities Act and the related state statutes asserted in the complaint require the defendants to make a restroom available to disabled members of the public (and on any other issues appropriate for summary judgment or summary adjudication at this stage) is **August 8, 2014**. A hearing will take place on **September 18, 2014 at 10 a.m.** If the parties contemplate filing cross-motions, they must do so in accordance with the procedures set forth in the Court's standing order for civil cases.

**IT IS SO ORDERED.**

Dated: June 6, 2014

_____
VINCE CHHABRIA
United States District Judge