JOHN G. DOOLING (SBN 154358)
CHRISTOPHER R. MEZZETTI (SBN 282287)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 1000
Redwood City, CA 94063-2052
Telephone:   (650) 364-8200
Fax:              (650) 780-1701
Email:          jdooling@rmkb.com
                    cmezzetti@rmkb.com

Attorneys for Defendant
AMBROSIA BAKERY, INC., A CALIFORNIA CORPORATION DBA AMBROSIA BAKERY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAREN HEATHERLY; and IRMA RAMIREZ,<br><br>Plaintiff,<br><br>v.<br><br>AMBROSIA BAKERY, INC., a California Corporation dba AMBROSIA BAKERY, et al.,<br><br>Defendants. | CASE NO.  3:12-cv-04952 VC<br><br>**STIPULATION and JOINT STATUS REPORT; and [PROPROSED] ORDER THEREON**<br><br>Date:   TBD<br>Time:  TBD<br>Judge: Hon. Vince Chhabria |

    The parties, by and through their respective attorneys of record, stipulate to and request this Court to refer this matter back to mediation in an attempt to resolve the remaining issues.

    On June 6, 2014, the Court entered an order that vacated an earlier order granting the stipulated request for a limited suspension of General Order No. 56.  *See* Docket No. 26.  The Court also set a schedule and/or deadline for motions for summary adjudication on all issues deemed by the parties to be appropriate for summary disposition, including whether Defendants are required to provide accessible restroom facilities to Plaintiffs and other members of the public with disabilities under the Americans with Disabilities Act ("ADA") and the related state statutes asserted in Plaintiffs' complaint.

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

On June 11, 2014, Plaintiffs' counsel informed the defense counsel that Plaintiffs were withdrawing their claim against Defendants to provide an accessible path of travel and accessible restroom facilities located in a non-public area of the bakery. Because Defendants have removed all of the other barriers at the bakery's public areas previously identified by Plaintiffs, the injunctive relief claims are now moot. In an attempt to resolve Plaintiffs' remaining monetary relief claims, the parties have agreed to convene for another mediation before the Court appointed mediator, G. Daniel Bowling. Plaintiffs' counsel informed counsel for defendants that he is currently involved in a protracted[?] litigation with an impending trial on August 18, 2014, and seeks to complete the mediation on or before October 15, 2014.

Accordingly, the parties jointly request that the Court issue an Order referring this matter for further mediation before G. Daniel Bowling.

**IT IS SO STIPULATED.**

Dated: July 8, 2014          Respectfully submitted,

                             ROPERS, MAJESKI, KOHN & BENTLEY


                             By:/s/John G. Dooling
                                JOHN G. DOOLING
                                CHRISTOPHER R. MEZZETTI
                                Attorneys for Defendant
                                AMBROSIA BAKERY, INC., a California
                                Corporation dba AMBROSIA BAKERY

Dated: July 8, 2014          Respectfully submitted,

                             THOMAS E. FRANKOVICH, APLC


                             By: /s/Thomas E. Frankovich
                                THOMAS E. FRANKOVICH
                                Attorney for Plaintiffs
                                DAREN HEATHERLY and IRMA RAMIREZ

Dated: July 8, 2014

Respectfully submitted,

LAW OFFICE OF JASON G. GONG

By: /s/Jason G. Gong
JASON G. GONG
Attorney for Defendants
JEANNETTE U. BERNHARD, JEANNETTE U. BERNHARD, Trustee of JEANNETTE U. BERNHARD TRUST Dated February 29, 1996

## ORDER

Good cause having been shown, this Court orders the case back to mediation before the Court appointed mediator, G. Daniel Bowling. The mediation is to be completed by no later than October 15, 2014.

Dated: July 10, 2014

Honorable Vince Chhabria
United States District Judge of California