UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAREN HEATHERLY, et al.,

    Plaintiff,

v.

AMBROSIA BAKERY, INC., et al.,

    Defendant.

Case No. 12-cv-04952-VC

**ORDER OF DISMISSAL**

The Court has been advised by the Certification of ADR Session filed on October 10, 2014 that the parties have resolved this case through mediation. (Docket No.Re: Dkt. No. 30). Therefore, it is ORDERED that this case is DISMISSED without prejudice. All deadlines and hearings in the case are vacated. Any pending motions are moot.

The parties retain the right to reopen this action within 30 days of this Order if the settlement is not consummated. If a request to reinstate the case is not filed and served on opposing counsel within 30 days, the dismissal will be with prejudice.

I commend the parties and their attorneys for their settlement efforts, and I extend the court's sincere appreciation to Daniel Bowling for assisting with this case.

**IT IS SO ORDERED.**

Dated: October 20, 2014

VINCE CHHABRIA
United States District Judge